141 A.3d 292

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JAMES COMER, DEFENDANT–MOVANT.

March 29, 2016.

It is ORDERED that the motion for direct certification to the Superior Court, Law Division, Essex County is granted.

141 A.3d 292

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. DASEAN HARPER, DEFENDANT–RESPONDENT.

May 19, 2016.

It is ORDERED that the motion for leave to appeal is granted.

141 A.3d 292

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. BRIAN TIER, DEFENDANT–RESPONDENT.

May 19, 2016.

It is ORDERED that the motion for leave to appeal is granted.